THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY TRUSCIO, Appellant, v MERLE FREDERICKS, as Orleans County Sheriff, Respondent. [730 NYS2d 913] —Judgment unanimously affirmed without costs. Memorandum: County Court properly denied the petition seeking a writ of habeas corpus. The documents accompanying the extradition warrant make the requisite prima facie evidentiary showing that petitioner violated Penal Law § 260.05 (see, CPL 570.16; cf., People v Hinton, 40 NY2d 345, 353-354). (Appeal from Judgment of Orleans County Court, Punch, J.—Habeas Corpus.) Present—Wisner, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.